UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BAILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Defendants. | No. 2:17-cv-2577 WBS AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2018, the magistrate judge issued findings and recommendations herein (ECF No. 5) which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 11, 2018 (ECF No. 5), are ADOPTED in full, and

2. This matter is DISMISSED without prejudice for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: May 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

bail2577.800